Conditional Acceptance by Proof Of Claim:
to Mary E. Stanley, acting d.b.a.-United States Magistrate Judge, of/for,
UNITED STATES DISTRICT COURT/UNITED STATES BANKRUPTCY COURT:
Location: Southern District of West Virginia;
P.O. Drawer 5009
Beckley, West Virginia [25801]

**FILED**

DEC - 5 2007

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

FREDERICK ALAN PIERCE, © Ex rel.
Proctor/Plaintiff,

Vs.

Mary E. Stanley, acting d.b.a., U S Magistrate-
Ex parte: Judge/Respondent .

RECEIVED
DEC - 3 2007
U.S. Magistrate Judge
Southern District of West Virginia
Charleston, WV 25301

:
:
:
:
:SS:
:
:
:
:
:
:

By visitation: Re: Bond=UCC 1-201:39: A.D.
i.e. Trespass by conversion: By use of disparagement=
Bait-By the use of my real name and then Switch too
the Homograph-Alter Ego-Doppelganger all CAPITAL NAME
Ab Initio-under protest:UCC 3-303 Taken for Value; Con-
ditional Acceptance by your Firm Offer to contract by
your "PRESNTMENT" by trying to steal my tax exemption,
by unlawful conversion,Of copyrighted-Homograph NAME,
Notice: Of your Trespass at $1. a day + cost for each day.

5:07-0788

Exectue: on this day of November 22, 2007:A.D.
Conditional Acceptance by Proof Of Claim being answer within 21 day's!
Ex Officio Service by Certified Mail No.7003-3360-0000-6753-8137 :
Cause Of Action: Latent Defect-on Demand for Restatement to Origin Inception 1940 ( Status Quo Ante
*Nunc Pro Tunc Order to: Mary E. Stanley, acting as the "Officious Intermeddler of/for De Facto Corporation.
By one "Delegable Duty-and by ones Ministerial Act, for misconduct in office; On Demand by Sua Ponte.
*** Mandatory Injunction ***
NOTICE TO ANY AGENT IS NOTICE TO ANY PRINCIPAL,
NOTICE TO ANY PRINCIPAL IS NOITCE TO ANY AGENTS
Applicable to all Successors or any Assignes.
**With notice of "Affidavit Of Denying Corporation Existence, Attached herewith,**
I, e. Hereto: Are 5 pages from 10 Ed. Merriam-Webster's Collegiate dictionary 1541-1545: 1of2 pages of my-
Location:   Common Law UCC §,1-103(6) Copyrighted Comercial Trade Name and Trade Mark as well DNA=RNA !
Relator/Aggrieved Party/s/frederick alan Pierce, Lord, Sui Juris, De Jure,and stranger;
(The real party interest on Title thereof, Inane=Devoid! ( **civil death!**
C/O General Delivery: P.O. Box 350 [RR1]
Beaver, West Virginia state [25813]
upon the soil of the unites States of America, all of the sovereign states;
and with-out the De Facto UNITED STATES, Common Error.
*** Non-Pro-Tunc-Order .***
Location:      * Common Error, now under "Non-Pro-Tunc-Order. *
Of Agent, of "PRESENTANCE" Mary E. Stanley, acting d.b.a.,of/for commercial Bribery case=Account No.'s-
is: 93-43-B = 1:93-cn-00043-GZS=2=02096-036=now your presentance no.5:07-cv-00791; all have been taken-for-
Value and are being return to you for Value,at your location: UNITED STATES BANKRUTCY COURT in the .
So. District of Wset Virginia, p.o.drawer 5009, Beckley, West Virginia 25801



Per Wham
(Seal) ©

Res/In Rem - Hun-Bug=Willy/Nilly.
Without Prejudice-1-207.=Devoid!
frederick alan pierce=stranger as proctor ©
FREDERICK ALAN PIERCE=Settlor-Donor; Trustor;
bring the title to rest, with trustee/proctor.
has been copyrighted as too any variation thereof,
as well as all polymerase chain reaction-DNA=RNA:
is copyrighted-Holder-In-Due-Course - (ies ).
Trustee, but not individually, also non-dolus.
Priority - Perferred Stock - and Pre-Paid and,
exempt from Levy, H.J.R.No.192, June 5th, (1933).
id:,Taking on the Mantle of the u.S.A. and as the
party as beneficiary-settle, now bring title to "rest" with the Trustee./S/
Page1:

The Beneficiary.)) *** id:, Explicit ejcet PSEUDONYM:
By: Renunciation of any claim's UCC §§ 1-107, 1-103(6):
By Aggrieved Party for Repudiation=Anticipatory Breach
by Duly=Dulicity; under the use of disparagement, by-
Sui Generis= Declaratory Judgment-Neither legal nor
equitable: Moss v Moss, 20 Cal,2d 640,128 P 2d 526,
- ALR 1422 Illusory Promise=Quasi-contract under
UCC § 1-201(10) Conspicuous: Non-Negotiable Bill of
Lading, Whom it is to operate as a printed heading-
ones name in all CAPITAL/LETTERS=the Homograph/ALTER EGO,
/s/ frederick alan pierce , sui juris,
Stranger/Lord: frederick alan pierce, the quick!
Trdver/Trustee/Proctor offonDonor; Trustor, and third,
Frederick Alan Pierce, De Jure,

*Notice: UCC§ 1-103(6):(common-law-affidavit; List of Exhibit's:*
*With (3) Pages of Praecipe:*

1. 5 pages from Merriam-Webster's Collegiate Dictionary 10th, Editon: are "Explicit: too anyones; understanding of what ones name in "Capitalization" all about; Re: pages mark as 3 through 7 in to the now Respondent: Mary E, Stanley, d,b,a,: acting Magistrate Judge of/for the United States Bankruptcy Court; Has been Taken for Value UCC § 3-303 and is now being Return for value as too any and all case/Account No,'S: i,e,: One Demand-For-Complete Discharge-to-Zero-(0)-Balance .

2. UCC FINANCINGS STATEMENT AMENDMENT-FORM-3; Dated as filed May 10th, 2005 11:08AM IN SECRETARY OF STATE, copies of pages 1 and 2 of the UCC #3 as to FCI BECKLEY, and Dept,OF JUSTICE EMS-409- ,05A REQUEST FOR TRANSFER APPLICATION OF MANAGEMENT VARIABLE CDFRM AUG 99 U,S,DEPARTMENT OF JUSTICE AND THE FEDERAL BUREAU OF PRISONS was taken for value UCC § 3-303 and return to WARDEN Party C, Anderson as notice to his De Fault dated 10-04-05; Exhibit's marked as 1: UCC (3) Form 1of 2Pages; and No, 2 is FCI-ROSTER-SHEET 1of 2 pages also highlighted NAME OF SECOND PAGE PIERCE FREDERICK-02096- 036: Dated 04-27-2005, next page marked as no,3 FCI BECKLEY-CENSUS-SHEET also dated 04-27-2005 and next is marked no,4: EMS-409,051 that also was taken for value and return for value to Warden Party C, Anderson and to warden de falut: ( Certified Mail Green Card marked as no,5, and next is the copy of Affidavit of Denying Corporation Existence, marked as no,6,:

3. Is the Presentment Case No, 5:07-cv-00191 by Mary E, Stanley, acting d,b,a, United States Magistrate Judge - bill of exchange = a promissory note to the party on whom it is "DRAWN"-FREDERICK ALAN PIERCE, Has been taken for value and being return for value to Discharge all case/account no's and return my personal property and personalty status quo ante to the situation that existed at my inception, id, This is my Explicit Demon for mr release, now On Demon; or stand the surcharge,

4. Mary E, Stanley, acting d,b,a, Magistrate Judge, and being de facto corporation using the mail to commit fraud Upon me by using a "Non-negotiable Instrument service by your office as to the used of US RED POSTAL mettered stamp; Is fraud;do you wish too see what the UPU Think, That if you dont care? Re: Proof of Claim: No,3A! (Hello Hum-Bug,

I,e, All Exhibit's are all attached together, except Capitalization are pg's 3 to 7:
id;civil death n, (1719:the status of a living person equivalent in its legal-
consequences to natural death;secif: deprivation of civil rights=13th/14th-amendments!
Execite: On 22, day of Novelber 2007 A,D,.        Under-Protest-UCC §1-207;
5. Notice    SURETY ACT AND BOND, 1 of 4,    Stranger-Lord: frederick alan pierce
pages; Case/Account(s) no,s:93=428=5:07-cv-00191;        frederick alan pierce,Beneficiary .
i,e,: civil rights n, pl, (1658): the non-political rights of "a citizens"by the 13th and 14th Amendments-
to the Constitution-"and by acts of Congress, (The bicameral Congress,

*** Witness's Taking on the "Mantle of Justice Peace;
as to their signature only being only substance, ***

signature:                              signature: Adam nicholas Casey
i,e,: Please find inclosed document's: Cover page with front and back of the "CERTIFICATION OF VITAL RECORD,
That was sent to U,S, Court of Appeals and now being sent too Peter G, Thompson, d,b,a,: President-CEO:, of
the State Of Maine, Chamber Of Commerce; By me as the Holden-In-Due-Course: as my Proof Of Claim!
1. Copy of cover page, with RECORD OF LIVE BIRTH-Frederick alan Pierce-D,O,B,=8-20-1941: Augusta,Maine state,
Reference: Back of Birth Record; i,e,frederick alan pierce, taking on the mantle of the u,S,A,, of We The -
People,as to the cancellation of any said or implied contract or contract's; As devoid!
2. Affidavit: On Demand: Notice of Ejectment to my original Birth Cerificate, from Cestui Que Trust and to
re-turn Equitable title and re-unite with the legle title and re-turn vi: to come together again:rejoin;
1 of 4 pages; But i have not put-in page 4, because 4, contain my common law copyright name,
which you have being sent too you: Mary E, Stanley, (Re: ) UCC §§ 9-203 and 9-306-"Proceed", (S,C,P,-Rights!
3. Notice: (5pg,) Legal Evidentiary Instrument,        Under Protest-UCC §§§ 1-207,1-107,1-103(6);
CC: On file, copies, sent to: Peter G, Thompson, d,b,a,:13 pages paper:civil death, 31 pages with EX: 15pg
Chamber Of Commerce, Augusta, Maine,        Beneficiary: frederick alan pierce, Toth page 4;
4. Notice: and Demand: Ceas and Desist Collection Activities, 1 of 2 pages,

i.

Nunc Pro Tunc:
Notice; By Affidavit, as Ex Officio Service:
To: _____ by acting d.b.a: Magistrate Judge
Location: United States Bankruptcy Court Southern District
P.O. Box "DRAWER" 5009, Beckley, West Virginia, State,

All Proof Of Claim's must be answer Point for Point Categorically,
The Following Questions If Not Answered in 21 l dys will deem Respondent as Admitting/Acknowledge
by way of Nihil Disit, *** Warning-the alarm is Ringing!! ***

By: Arresting and or Attaied my Liberties on Rirghts to Traveler, under any
Circumstances place you and your agency into "Unlimited-Comercial-Lility," ,
Shall be sued,) for your act(s) and or action(s) to Commercial Bribery and— held
Personally for any and all damages arising, arising out of any said arrest and/or
Ones Liberties as a Stranger to Traveler, Id, 25 Am J1 st High § 427.

No,1 Proof of Claim: There is nothing in the constitution of the U.S, that limits the jurisdiction of
this court which is one of original jurisdiction with right of trial by jury
guaranteed this common law action, the state acting as a Democracy cannot impair the
power of the court to render complete justice between the parties, Any provisions
in the Constitution and laws of the state which attempt to do so is repugnant to
Constitution of the U.S, and Void, i.e, Re: 21 silver Dollar Bond

No,2 Proof of Claim: The Defense Attorneys role; Yale Law Journal Vol, 84 No, 6, May 1975, University
of Texas Law school Professor Albert W. Alschulers 135 page article; Once read this
the odds on any-one hiring a "criminal" attorney and winning are zero to non-exitence.

No,3 Proof of Claim: By your use of "Disparagement", you change ones quick name in the upper and lower
case letter to the Homograph name that was created by ABSTRACT and this is a
bait and switch, conversion = controversy d.b.a dispute; which in constitutional
law, in order to constitute a case or controversy by frustration of purpose
of and for collateral; ones real quick name running parallel; subordinately
connected ; as additional security, id,; is the trespass and breach, I.e, Rote,
> Attached Exhibit(s): Page 10th, Ed, M-W Dic,, Page's 1541,1542, 1543,1544, and 1545, that
are very explicit! (Merriam-Webster's Collegiate Distianary 10th, Edition, and is
No Longer In Circulations; Ck, Inter-net: htt:// www.m-w com, AOL Keyword: Merriam!

No,4 Proof of Claim: The 10th, Ed, of M-W Dictionary; Proof that the Homograph/Artifice=Fraud of the
ALTER EGO exist only because of the"Deep Rock Doctrine,"

No,5 Proof of Claim: That by you and your courts using my Trade Mark/Trade Name Frederick Alan Pierce ©
I have protection from infringement afforded by the common law action Unfair
Competition (i.e, is a tort "and" a fraud for which the courts fraudulent or
deceptive practices that are disparaging "or", injurious to ones Trade Name or The
Real Quick Sentient (Moral Human Being, (S)frederick alan pierce ____, can be enjoined
for the malicious acts of "Disparagement", "Unjust Enrichment", "Commercial Bribery",
ABSTRACT, AND BY WAY OF THE USE OF an Artifice, a fraud or cunning device used to
accomplish some wrong that is implied by craftiness and /or deceitfulness as by the
use of the conferred franchise that does not of common right belong to the citizen
but under UCC 3-303 can be taken for value and held by common law copyright,

No,6 Proof of Claim: That there is a bond backed by Lawful Specie for your court proceeding,
Answer: [Admit/Acknowledge if no answer is provided]

No,7 Proof of Claim: That you operating under Admiralty/Maritime jurisdiction, which is contract law and
falls under the Uniform Commercial Code and under UCC §1-103 (6) all Statutes are
supposed to be construed in harmony with common law,"Maxim" Thus one would have to
be in a lawful Fully Disclosed Contract to be held liable for any Statutory so Called
laws,

Answer [Admit/Acknowledge if no answer is provided]
Dated: 20th November /2007: A,D,          Certified Mail No, 7003-2260-0000-6782-8357,
Page2:

*Page3: > also marked as >>> 'Ex₁-A₂'*

# Capitalization

Capitals are used for two broad purposes in English: they mark a beginning (as of a sentence) and they signal a proper noun, pronoun, or adjective. The following principles, each with examples, describe the most common uses of capital letters.

## Beginnings

1.   The first word of a sentence or sentence fragment is capitalized.

> The play lasted nearly three hours.
>
> How are you feeling?
>
> Bravo!

2.   The first word of a sentence contained within parentheses is capitalized if it does not occur within another sentence. The first word of a parenthetical sentence within another sentence is not capitalized.

> The discussion was held in the boardroom. (The results are still confidential.)
>
> Although we liked the restaurant (their Italian food was the best), we seldom ate there.
>
> After waiting in line for an hour (why do we do these things?), we finally left.

3.   The first word of a direct quotation is capitalized. However, if the quotation is interrupted in the middle of a sentence, the second part does not begin with a capital. When a quotation, whether a sentence fragment or a complete sentence, is syntactically dependent on the sentence in which it occurs, the quotation does not begin with a capital.

> The President said, "We have rejected this report entirely."
>
> "We have rejected this report entirely," the President said, "and we will not comment on it further."
>
> The President made it clear that "there is no room for compromise."

4.   The first word of a sentence within a sentence is usually capitalized when it represents a direct question, a motto or aphorism, or spoken or unspoken dialogue. The first word following a colon may be either lowercased or capitalized if it introduces a complete sentence. While the former is more usual, the latter is common when the sentence is fairly lengthy and distinctly separate from the preceding clause.

> The question, as Disraeli said, is this: Is man an ape or an angel?
>
> My first thought was, How can I avoid this assignment?
>
> The advantage of this particular system is clear: it's inexpensive.
>
> The situation is critical: This company cannot hope to recoup the fourth-quarter losses that were sustained in five operating divisions.

5.   The first word of a line of poetry is traditionally capitalized; however, in much twentieth-century poetry the line beginnings are lowercased.

> The best lack all conviction, while the worst
> Are full of passionate intensity.
> —W. B. Yeats

6.   The first words of run-in enumerations that form complete sentences are capitalized, as are usually the first words of vertical lists and enumerations. However, enumerations of words or phrases run in with the introductory text are generally lowercased.

> Do the following tasks at the end of the day:
> 1. Clear your desktop of papers. 2. Cover office machines. 3. Straighten the contents of your desk drawers, cabinets, and bookcases.
>
> This is the agenda:
> Call to order
> Roll call
> Minutes of the previous meeting
> Treasurer's report
>
> On the agenda will be (1) call to order, (2) roll call, (3) minutes of the previous meeting, (4) treasurer's report. . . .

7.   The first word in an outline heading is capitalized.

> I. Editorial tasks
> II. Production responsibilities
>    A.   Cost estimates
>    B.   Bids

8.   The first word of the salutation of a letter and the first word of a complimentary close are capitalized.

> Dear Mary,
>
> Ladies and Gentlemen:
>
> Sincerely yours,

## Proper Nouns, Pronouns, and Adjectives

Capitals are used with almost all proper nouns—that is, nouns that name particular persons, places, or things (including abstract entities), distinguishing them from others of the same class—and proper adjectives—that is, adjectives that take

**1542   Capitalization**

*Page 4: › also marked as ››››››››››››› Ex. B:*

their meaning from what is named by the proper noun. The essential distinction in the use of capitals and lowercase letters at the beginnings of words lies in this individualizing significance of capitals as against the generalizing significance of lowercase. The following subject headings are in alphabetical order.

## ARMED FORCES

1. Branches and units of the armed forces are capitalized, as are easily recognized short forms of full branch and unit designations. However, the words *army, navy,* etc., are lowercased when used in their plural forms or when they are not part of an official title.

> United States Army
>
> a contract with the Army
>
> Corps of Engineers
>
> a bridge built by the Engineers
>
> allied armies  = *crimp h. ei vt*

## AWARDS

2. Names of awards and prizes are capitalized.

> the Nobel Prize in Chemistry
>
> Distinguished Service Cross
>
> Academy Award

## DERIVATIVES OF PROPER NAMES

3. Derivatives of proper names are capitalized when used in their primary sense. However, if the derived term has taken on a specialized meaning, it is usually not capitalized.

> Roman customs
>
> Shakespearean comedies
>
> Edwardian era
>
> > *but*
>
> quixotic
>
> herculean
>
> bohemian tastes

## GEOGRAPHICAL REFERENCES

4. Divisions of the earth's surface and names of distinct areas, regions, places, or districts are capitalized, as are most derivative adjectives and some derivative nouns and verbs.

> The Eastern Hemisphere
>
> Midwest
>
> Tropic of Cancer
>
> Springfield, Massachusetts
>
> the Middle Eastern situation
>
> an Americanism
>
> > *but*
>
> french fries
>
> a japan finish
>
> manila envelope

5. Popular names of localities are capitalized.

> the Corn Belt          the Loop
>
> The Big Apple        the Gold Coast
>
> the Pacific Rim

6. Words designating global, national, regional, or local political divisions are capitalized when they are essential elements of specific names. However, they are usually lowercased when they precede a proper name or stand alone. (In legal documents, these words are often capitalized regardless of position.)

> the British Empire          Washington State
>
> New York City            Ward 1
>
> > *but*
>
> the fall of the empire      the state of Washington
>
> the city of New York      fires in three wards

7. Generic geographical terms (such as *lake, mountain, river, valley*) are capitalized if they are part of a specific proper name.

> Hudson Bay              Long Island
>
> Niagara Falls            Crater Lake
>
> the Shenandoah Valley

8. Generic terms preceding names are usually capitalized.

> Lakes Michigan and Superior
>
> Mounts Whitney and Rainier

9. Generic terms following names are usually lowercased, as are singular or plural generic terms that are used descriptively or alone.

> the Himalaya and Andes mountains
>
> the Atlantic coast of Labrador
>
> the Hudson valley
>
> the river valley
>
> the valley

10. Compass points are capitalized when they refer to a geographical region or when they are part of a street name, but they are lowercased when they refer to simple direction.

> up North
>
> back East
>
> the Northwest
>
> West Columbus Avenue
>
> Park Avenue South
>
> > *but*
>
> west of the Rockies
>
> the east coast of Florida

11. Adjectives derived from compass points and nouns designating the inhabitants of some geographical regions are capitalized. When in doubt, see the entry in the dictionary.

> a Southern accent
>
> Northerners

12. Terms designating public places are capitalized if they are part of a proper name.

> Brooklyn Bridge
>
> Lincoln Park
>
> the St. Regis Hotel
>
> Independence Hall
>
> > *but*

*Page5: ) also marked as )))))))) Ex⊢C:*

Wisconsin and Connecticut avenues

the Plaza and St. Regis hotels

## GOVERNMENTAL AND JUDICIAL BODIES

13. Full names of legislative, deliberative, executive, and administrative bodies are capitalized, as are short forms of these names. However, nonspecific noun and adjective references to them are usually lowercased.

the U.S. House of Representatives

the House

the Federal Bureau of Investigation

*but*

both houses of Congress

a federal agency

14. Names of international courts, the U.S. Supreme Court, and other higher courts are capitalized. However, names of city and county courts are usually lowercased.

The International Court of Arbitration

the Supreme Court of the United States

the Supreme Court

the United States Court of Appeals for the Second Circuit

the Michigan Court of Appeals

Lawton municipal court

Newark night court

## HISTORICAL PERIODS AND EVENTS

15. Names of congresses, councils, and expositions are capitalized.

the Yalta Conference

the Republican National Convention

16. Names of historical events, some historical periods, and some cultural periods and movements are capitalized. When in doubt, consult the entry in the dictionary, especially for periods.

the Boston Tea Party

the Renaissance

Prohibition

the Augustan Age

the Enlightenment

*but*

the space age

neoclassicism

17. Numerical designations of historical time periods are capitalized when they are part of a proper name; otherwise they are lowercased.

the Third Reich

the Roaring Twenties

*but*

the eighteenth century

the eighties

18. Names of treaties, laws, and acts are capitalized.

Treaty of Versailles

The Clean Air Act of 1990

## ORGANIZATIONS

19. Names of firms, corporations, schools, and organizations and their members are capitalized. However, common nouns occurring after the names of two or more organizations are lowercased. The word *the* at the beginning of such names is only capitalized when the full legal name is used.

Thunder's Mouth Press

University of Wisconsin

European Community

Rotary International

Kiwanians

American and United airlines

20. Words such as *group, division, department, office,* or *agency* that designate a corporate and organizational unit are capitalized only when used with its specific name.

in the Editorial Department of Merriam-Webster

*but*

a notice to all department heads

## PEOPLE

21. Names of persons are capitalized. However, the capitalization of particles such as *de, della, der, du, l', la, ten,* and *van* varies widely, especially in names of people in English-speaking countries.

Noah Webster

W.E.B. Du Bois

Daphne du Maurier

Wernher von Braun

Anthony Van Dyck

22. Titles preceding the name of a person and epithets used instead of a name are capitalized. However, titles following a name or used alone are usually lowercased.

President Roosevelt

Professor Kaiser

Queen Elizabeth

Old Hickory

the Iron Chancellor

*but*

Henry VIII, king of England

23. Corporate titles are capitalized when used with an individual's name; otherwise, they are lowercased.

Lisa Dominguez, Vice President

The sales manager called me.

24. Words of family relationship preceding or used in place of a person's name are capitalized; however, these words are lowercased if they are part of a noun phrase used in place of a name.

Cousin Julia

I know when Mother's birthday is.

*but*

I know when my mother's birthday is.

**1544     Capitalization** *(Page6: > also marked as Ex₁-D:*

25. Words designating peoples, nationalities, religious groups, tribes, races, and languages are capitalized. Other terms used to refer to groups of people are often lowercased. Designations based on color are usually lowercased.

| | |
|---|---|
| Canadians | Iroquois |
| Ibo | African-American |
| Latin | Indo-European |

highlander (an inhabitant of a highland)

Highlander (an inhabitant of the Highlands of Scotland)

| | |
|---|---|
| black | white |

## PERSONIFICATIONS = GENSIS 2-9: SOUL!!

26. Personifications are capitalized.

> She dwells with Beauty—Beauty that must die;
> And Joy, whose hand is ever at his lips
> Bidding adieu.
> —John Keats

> obey the commands of Nature

## PRONOUNS
27. The pronoun I is capitalized. For pronouns referring to the Deity, see rule 29 below.

> . . . no one but I myself had yet printed any of my work.—Paul Bowles

## RELIGIOUS TERMS
28. Words designating the Deity are capitalized.

> An anthropomorphic, vengeful Jehovah became a spiritual, benevolent Supreme Being.—A.R. Katz

29. Personal pronouns referring to the Deity are usually capitalized, even when they closely follow their antecedent. However, many writers never capitalize such pronouns.

> All Thy works, O Lord, shall bless Thee.
> —Oxford American Hymnal

> God's in his heaven—
> All's right with the world!
> —Robert Browning

30. Traditional designations of revered persons, such as prophets, apostles, and saints, are often capitalized.

> our Lady
> the Prophet
> the Lawgiver

31. Names of religions, creeds and confessions, denominations, and religious orders are capitalized; as is the word Church when used as part of a proper name.

> Judaism
> Apostles' Creed
> the Thirty-nine Articles of the Church of England
> Society of Jesus
> Hunt Memorial Church
> *but*
> the local Baptist church

32. Names for the Bible or parts, versions, or editions of it and names of other sacred books are capitalized but not itali-

cized. Adjectives derived from the names of sacred books are irregularly capitalized or lowercased; when in doubt, see the entry in the dictionary.

| | |
|---|---|
| Authorized Version | New English Bible |
| Old Testament | Pentateuch |
| Apocrypha | Gospel of Saint Mark |
| Talmud | Koran |
| biblical | Koranic |

## SCIENTIFIC TERMS
33. Names of planets and their satellites, asteroids, stars, constellations and groups of stars, and other unique celestial objects are capitalized. However, the words sun, earth, and moon are usually lowercased unless they occur with other astronomical names.

| | |
|---|---|
| Venus | Ganymede |
| Sirius | the Pleiades |

> the Milky Way

> enjoying the beauty of the moon

> probes heading for the Moon and Mars

34. New Latin genus names in zoology and botany are capitalized; the second term in binomial scientific names, identifying the species, is not:

> a cabbage butterfly (*Pieris rapae*)

> a common buttercup (*Ranunculus acris*)

35. New Latin names of all groups above genus in zoology and botany (such as class or family) are capitalized; however, their derivative adjectives and nouns are not.

| | | |
|---|---|---|
| Gastropoda | *but* | gastropod |
| Mantidae | *but* | mantid |

36. Names of geological eras, periods, epochs, and strata and names of prehistoric divisions are capitalized.

| | |
|---|---|
| Silurian period | Pleistocene epoch |
| Age of Reptiles | Neolithic age |

## SEASONS, MONTHS, DAYS
37. Names of months, days of the week, and holidays and holy days are capitalized.

| | |
|---|---|
| January | Ramadan |
| Tuesday | Thanksgiving |
| Yom Kippur | Easter |

38. Names of seasons are not capitalized except when personified.

> last spring

> the sweet breath of Spring

## TITLES OF PRINTED MATTER AND WORKS OF ART
39. Words in titles are capitalized, with the exception of internal conjunctions, prepositions, and articles. In some publications, prepositions of five or more letters are capitalized also.

> *Of Mice and Men*
> "The Man Who Would Be King"
> "To His Coy Mistress"

*Page7:  > also marked as Ex-E; >>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>* **Capitalization**   **1545**

*Slouching Towards Bethlehem*

40.   Capitalization of the titles of movies, plays, paintings, sculpture, and musical compositions follow similar conventions. For more details, see the Italicization section below.

41.   Major sections of books, long articles, or reports are capitalized when they are referred to within the same material.

> See the Appendix for further information.
>
> The Introduction explains the scope of this book.
>
> · discussed later in Chapter 4

42.   Nouns used with numbers or letters to designate major reference headings are capitalized. Nouns designating minor elements are typically lowercased.

| Volume V | Table 3 |
|---|---|
| page 101 | note 10 |

## TRADEMARKS

43.   Registered trademarks and service marks are capitalized.

| Express Mail | Orlon |
|---|---|
| Kleenex | Walkman |

## VEHICLES

44.   Names of ships, aircraft, and spacecraft are capitalized.

> *Titanic*
>
> · Lindbergh's *Spirit of St. Louis*
>
> · *Apollo 13*

*Page8: > also marked as Ex₁~F:*

[1399]

Dall (F) ................ Dallas, US Reports
Dall (Pa) ............... Dallas, Pennsylvania Reports
Dall (US) ............... Dallas, US Supreme Ct Reports
Dallam Dig (Tex) ........ Dallam's Digest
Daly (NY) .............. Daly (Common Pleas)
Dana (Ky) .............. Dana
Dan Exch (Eng) .......... Daniell's Exchequer & Equity [159 Eng Reprint]
Dass Ed (Kan) .......... Dassler's Edition
Dauph Co (Pa) .......... Dauphin County
Dav & M (Eng) .......... Davison & Merivale
Davies (Eng) ............ See Davis
Davis (Eng) ............. Davis [80 Eng Reprint]
Davis, Admin Law ........ Davis' Administrative Law Treatise
Davis Land Ct Dec (Mass) . Davis Land Court Decisions
Davis, Mass Convey Hdbk . Davis' Massachusetts Conveyancer's Handbook
Davys (Eng) ............. See Davis
Day (Conn) ............. Day
Dayton (Ohio) ........... Dayton Misc Decisions
d.b.a. .................... de bonis asportatis (trespass to personalty)
d.b.e. .................... de bene esse (sufficient for the time being)
d.b.n. .................... de bonis non
DC ...................... See Dist Col
D Chip (Vt) ............. D. Chipman
Deacon & C Bankr Cas
    (Eng) ................ Deacon & Chitty, Bankruptcy
Deacon Bankr (Eng) ...... Deacon, Bankruptcy
Deady (F) ............... Deady (US Circuit & Dist Cts)
Deane & S Eccl (Eng) ..... Deane & Swabey, Ecclesiastical [164 Eng Reprint]
Dears & BCC (Eng) ...... Dearsley & Bell, Crown Cases [169 Eng Reprint]
Dears CC (Eng) .......... Dearsley, Crown Cases [169 Eng Reprint]
Dec Dig ................. American Digest (Decennial Edition)
De G & J (Eng) .......... De Gex & Jones (Chancery) [44, 45 Eng Reprint]
De G & S (Eng) .......... De Gex & Smale [63, 64 Eng Reprint]
De G Bankr (Eng) ........ De Gex, Bankruptcy Reports
De GF & J (Eng) ......... De Gex, Fisher & Jones (Chancery) [45 Eng Reprint]
De GJ & S (Eng) ......... De Gex, Jones & Smith (Chancery) [46 Eng Reprint]
De GM & G (Eng) ....... De Gex, Macnaghten & Gordon (Chancery) [42–44 Eng
                           Reprint]
Del ..................... Delaware
Del Ch ................. Delaware Chancery
Del Co (Pa) ............. Delaware County Reports
Del Co LJ (Pa) .......... Delaware County Law Journal
dem. .................... demise
Dem (NY) .............. Demarest (Surrogate)
Den CC (Eng) ........... Denison, Crown Cases [169 Eng Reprint]
Denio (NY) ............. Denio (Common Law)
Denver LJ .............. Denver Law Journal
Desauss Eq (SC) ........ Desaussure, SC Equity
Detroit L Rev ........... Detroit Law Review



Page 9: > also marked as ; *** ab alusu ad usum non valet consequentia ***
Exhibit-G: (see pg. 17).
pg. 2 on back side.

### NOTICE BY AFFIDAVIT
### FOR NOTICE OF CONSEQUENCES FOR INFRINGEMENT
### OF COPYRIGHT, TRADEMARK OR TRADE-NAME

*** I,e;. GENESIS 1:26, Dominion-over-GENESIS 2:7, the PERSONIFICATION of the Cattle! ***
I am a Hebrew man, and the Predominate Ascendance of the tribes of Israel;
A Ascendance of Shem, Abraham, Isaac and Jacob (Israel).
I am a native born American and a stranger and sojourner in the land of my birth.
I am not now nor have ever been a citizen of the United State; Also deny being a citizen of any,
worldly country or having allegiance to any political entity(s).
This document was created as a means of identifying myself and it is evidence of
my declaration of my allegiance to the Creator of the Universe.
id;. HOSEA 4:1, a controversy with the inhabitants "of the land; ((Location); HEBREWS 10:9, 13-15.
Certified Mail No.: 7003-2260-0000-6782-8357. Dated: 22nd November / 2007 A.D.

### I depose and say as follows:

1. I, fred/frederick alan pierce, Sui Juris, De Jure, a natural sentient moral being, and
having an unlimited commercial security interest and common law right in and to my Copyrighted TRADEMARK
and TRADE-NAME(S); Without Prejudice UCC § 1-308; See United States Codes 15USC § 1125, and 18 USC §3571.
By Ex Officio Service To: Whom this may apply. Private or PUBLIC. acting d;b;a; as an ALTER EGO at any.
Location(s): That under the LAW MERCHANT=ADMIRALTY acting in COMER'S CLAUSE Art; I, Sec; 8, Cl; 3;(Jento).
2. I, charge for any unauthorized use or misuse of my Copyrighted Trademark or Trade-Name (i.e) Commercial
NAME; The cost will vary dependent upon the surrounding circumstance, for example's use that is written, or
express and or implied, to include any injuries or damages incurred; That arising from said unauthorized
use or its misuse of the same. id;. Clearfield Trust Co. Vs. United States, 328 US 363-371.
3. Any person, directly or indirectly through any d;b;a; Entity, that has or in want-of using my Copyrighted
TRADEMARK or TRADE-NAME, Shall have Proof of Claim: With my written Signature on it, to any alleged consent,
i;d;; United States Vs. Burr, 309 US 242. id;. With-Out – GENIUS: pl usu genii = geld: vt-to deprive of:
4. Consent will only be given at my discretion and only after "Full Disclosure," of to any consequences
thereof has been given, in any written request for consent. All past said express, implied and or written
are Non-Assumpsit because of Nudum Pactum! ;id;. Fiduciary, Ministerial Act: On Demand=Setoff:Spoliation.
5. I am the Secured Party of the herein Copyrighted Trademark and Trade-Name and/or any other variation
thereof or thereto; Failure to provide by a signed affidavit document of full disclosure and the entire
consequences to the past as well as the present request for any use, was and is ab initio; with no .;.;.;
Written Signature of mine in blue ink; shall be constituted as unlawful and unauthorized misuse thereof
or thereto, causing a Trespass by the use of unlawful Conversion; id; UCC §§ 1-201(10), 1-308:
6. Notice for any misuse, to cost per day at $1,6; Millions being in a Bill of Equity or by commercial
lien; This is a WARNING to all Agent(s) and said Agency(s) n; instrumentality; a mode of exerting power.
7. Any part or party's using or misusing my Copyrighted TREADMARK or TREDE-NAME without my written –
consent. for any kind of profit or gain at any loss by trickery and or deceit is fraud in particularity
including but not limited to, any private party(s), State Officer(s), Legislative Administrator(s) any
and all De Facto judge(s), judicial officer(s), attorney(s), and/or Corporation government agent(s),
State or Federal; That has or will try especially to construe me the undersigned as the said NOMINEE
of and for the ALTER EGO/Doppelganger, too be the said fiction as any Corporations Entity Has agree to an
obligation of debt of money, and agrees to pay to /S/frederick alan pierce, ., and/ or heirs or
assigns accordingly as disclosed herein above. "Also/read the back of this for better understanding;"
8. Use of my Copyrighted TRADEMARK and no TRADE-NAME without written consent is interfering with my
commercial affairs. ( id;. Dominion=Autonomous: adj + nomos law (1800)=Zooid: n. (1851).

### Warning *** Caveat *** Warning
By arresting this individual under any circumstances, such as to deprivation is visited pursuant to
government "custom", will only demonstrates the depravity in the private and is a social duties a person
owes to others that are Stranger, contray to what is accepted and or customary, even though such custom
has not received formal, that being anomalous use by UCC § 1-201(10) for attaint v;t;. but by the oath
of two witnesses, &c. Stat. 7 and 8, W; 3, or by Grand Jury, to taint, as the credit of jurors, convict
by on of giving false verdict. (TRUE BILL;) To any-one owing no Aliance. only to the Creator of the
Universe. Will places you on any party(s) and or Agent(s), Private or PUBLIC in Unlimited-Commercial-
Liability; All party(s) will be sued for your actions and held personally in any and all damages. for
*not received formal approval through body's official decision making channels. See: rest on the back

*** WARNING: >>>>>>>> Page 1 of 2: Please read Back page.



*** Promulation: By way of this Affidavit to any Officious Intermeddler: ***

Any-One act(s) or Action(s) of/for under Commercial Bribery Shall be held Personally Culpability, for "DISPARAGEMENT=Homograph, d,i,e,ia, under Duplicity to any Bill Of Attainder,Nun-Pro-Tunc)Order, Ab Initio, Ultra Vines De Facto Corporation: Places any and all in "Unlimited-Commercial-Liability", id:, For any Infringment of my Sovereign Liberites, as being held against my will, as a"Stranger"as a Traveler, 25 Am II st High § 427: Re: the word's - Trover/Proctor-Trustee=Trespass/Conversion! !

al abusu ad usum non valet consequentia -Latin,

i,e, "A conclusion as to the use of a thing from its abuse is invalid, id, Ab Initio=Ulltra Vires,
NOTICE: Copwigted by this convention; Polymerase=DNA-RNA=Template germinate,is also-
"Now-With-out Merit!?!? al assuetis non fit injuria - Latin: id;,Without:jurisdiction,procedure,FORM,
i,e, "The violation of a legal right is not affected by acquirent," If a person neglects to insist on his or her right, he or she is deemed to have abandoned it, id, Ab Initio:"from the beginning," As my "Vide Plea, dilatory," By this Declaration Against Interest: Now come by way of De Bene Esse, and not GENERALLY, as, Propria Persona,and I'll Plea, in-law-coram-non-judice too all past or in the said presence!! id;, Postliminium - Latin: "psot" after Limen threshold;(i,e,De-code,Trespass,)
International Law= (UPL) The act of invalidating all of an occuppying force(s) illegal act's +devoir,
By: Nunc Pro Tunc Order; Being Service upon the Public as well as Private; By Affidavit:
*Of Denying Corporation Existance, Ab Initio,
What was and is, all being contrary to was or is accepted and or customary, by Location,
Call's for Sua Sponte to Vested Rights or Causing Vicarios Liability?
id;, Res Ipsa Loquitur,( ) INANE=mean devoid of qualities,,,,,,
that make for spirit and character, I,e, not under Devolution:ly Gerrymander= n,;, or vt, (1812)
Any-one, who get or receives a copy must answer within (21 DAYS=Init); That., any Natural-Man/Woman,
desiring to answer this Affidavit; with ones, own Affidavit and sent by Certified Mail to the location,
Hereon Lord Frederick alan pierce, C/o General Delivery P.O. Box 350 (ROW) Beaver West Virginia sta 1a 25813,
Notice To: Name/Location:: Mary E. Stanley dba Magistrate, Judge P.O. Drawer 5009 Beckley WV 25801,

If any Respondent fail to answer within the 2N days or decline a remedy to Relator, regarding this
instant action, or must show proof Of Claim(s) to the Relator the law whereby Respondent has the said
authority to use de facto proceeding against the Relator as stated; Failure to respond will constitute
an operation of law; as me being your agent under UCC § 3-419: As too the Respondent by Tacit -
Procuration and or Nihil Decit, I ones has consent to the act of "Waiver,"= Relinquishment: n,! =Release,
By: Certified Mail No,,7003-3960-0000-6782-8357, Dated Executed: / / :A,D,
*Failure to clear all past or presence debt(s), you agree to become the Nominee and constitute
* You being a debtor in toto;** because of the failure to respond will make you the debtor of and to
all debts was incur u,t,! (i,e, by UCC § 3-419 by Novation,

A Security - 15 USC

This is a U.S.S.E.C. Tracer Flag and not a point of law.

* But not limted to The Civil Right violation (key 13,7) as a private acting as a government,
that was or is the moving force of Constitution violation causing Civil Liability too attach under
Civil right statute, 42 U,S,C,A, §_1983:, to any past or presence.=also UCC §§ 1-103(6),1-207=Trover!
Dated: 23rd Day of March, 2007 A,D,
Public Notary

Personally appeared as a Quick Ascendance,Ex Rel: frederick alan pierce >,, Sui Juris, De jure, to,
attest and affirm as the one executing the foregoing document an is a natural flesh and blood person,
I therefore set forth my hand an seal in the execution thereof/S/,
/S/hana Jeffery Moulder ( "Mantle: Of Justice of Peace," ,/S/ Adam Nicholas, Casey,
Res/In rem of/for Justificatory = Tender-vt(15c)"
"Without Prejudice" UCC 1-207 = Devoid!
INANE = frederick alan pierce Devoid=Proctor,
Genus=FREDERICK ALAN PIERCE,=Devoid© Notice: Written Renunciation UCC 1-207,,By Aggreeable Party; 2010
and any Variation thereof (ies) and also for Repudiation Duly=Duplicity=Derivative Action as
Holder-In-Due-Course, (Pen Curiam,) only assented as an "Illusory Promise"Quasi Contract,
Trustee, but not individually (seal) id,; Anticipatory Breach=Voluntary Disablement to
Priority — Preferred Stock (Stranger ©) UCC § 1-201(10) "Conspicuous":Non-Negotiable Bil Of
Pre-Paid — Exempt from Levy, (the proctor) Lading, whom it is too operate as printed in CAPITALS,
H,i,2,R, 192, June 5th, 1933: Proctor/S/ frederick Alan pierce Sui Juris, De jure, Rex,
*id;, Taking on the "Mantle" of the u,S,A, Postmaster; As to the Concellation of the USA STATE(S)>>>>>
Witness By Lord:/hana Jeff Moulder, Witness By Lord: , Adam Nicholas : Casey,
CC: On File: Page Two (2) Of Copyright Notice!

NOTARY PUBLIC
STATE OF WEST VIRGINIA
SCOTT TRAINUM
FEDERAL CORRECTIONAL INSTITUTION - BECKLEY
POST OFFICE BOX 1280
BEAVER, WV 25813

I,e, NOTICE ➤ ANY AGENT IS NOTICE TO ANY PRINCIPAL = NOTICE TO ANY PRINCIPAL IS NOTICE TO ALL AGENT(S),
And is Applicable to "all Successors and or any Assign(s); To any Trespass or any "Usage,"-,,
≈ cost# per day $1,,6: Million$! Page10:

*Nunc Pro Tunc:*

*This is a Private Administrative Remedy as a Bargain Between the Parties*

No. 8  <u>Proof of Claim:</u> that presenter of the Presentment/Drafts and /or Bill of Attainder has not made and/or subscribed an oath of office or fidelity to support and defend the Constitution of the United States of America, and/or the United States Constitution, including but not limited to its/their Bill of rights against all enemies, <u>both foreign and domestic</u>. If so, please produce a certified copy thereof to acceptor along with information concerning your insurance, bond surety documents, oaths, pledges either public or private that have had any effect upon Acceptor.
Answer[Admit/Acknowledge if no answer is provided]

No. 9  <u>Proof of Claim:</u> That presenter of the presentment/drafts and or Bill of Attainder does not have duty or responsibility to uphold and enforce any one or all of the Bill of Rights made upon the STATES and/or political subdivisions thereof by or under operation of the XIVth Amendment. et al.
Answer[Admit/Acknowledge if no answer is provided]

No. 10  <u>Proof of Claim:</u> that the presenter of the presented/drafts and or Bill of Attainder can in good faith claim any "right of indemnification"by your-knowing and intentional acts of fraud and deceit against Acceptor.
Answer[Admit/Acknowledge if no answer is provided]

No. 11  <u>Proof of Claim:</u> that presenter of the presentment/drafts and or Bill of Attainder, is not acting in bad faith and without clean hands, by going upon the highways and/or public roads/thoroughfares to raise <u>revenue</u>, and in doing so, transfer by the assignment wealth, liberty and prosperity of otherwise law abiding American <u>Citizens</u>, under color and pretense of your employment.
Answer[Admit/Acknowledge if no answer is provided]

No. 12  <u>Proof of Claim:</u> That presenter of the presentment/drafts and or Bill of Attainder is not "<u>privateering</u>" or practicing "<u>Barratry</u>," at all times material thereto.
Answer[Admit/Acknowledge if no answer is provided]

No. 13  <u>Proof of Claim:</u> that presenter of the Presentment/Drafts and or Bill of Attainder is not knowingly intentionally or diliberately, influencing, conducting, obstructing or otherwise impairing the <u>formation and ratification of a "Contract"</u> under "color of office" and/or "color of law" at all times thereto.
Answer[Admit/Acknowledge if no answer is provided]

No. 14  <u>Proof of Claim:</u> That presenter of the Presentment/Drafts and or Bill of Attainder has conducted a thorough investigation of all relevant and material facts, and based thereupon, concluded that Acceptor is "subject to" and not the "object of" the instant charge or presentment/draft/<u>account</u> Number's 43-CR-000 43-CIS-2, No. 5:07-CV-00191
Answer[Admit/Acknowledge if no answer is provided]

No. 15  <u>Proof of Claim:</u> That presenter of the presentment/Drafts and or Bill of Attainder is vested with <u>lawful authority</u> to step out of his public corporate capacity (law and venue of the guaranteed Republican Form) to transact business or enforce any law of the former in the latter.
Answer[Admit/Acknowledge if no answer is provided]

No. 16  <u>Proof of Claim:</u> That presenter of the Presentment/Drafts and or Bill of Attainder is not guilty of violating the law (pursuant to Title 18 U.S.C. subsection 1951-1961 Racketeer <u>influenced Corrupt Organization Act</u>) at all times Material thereto and or RICO.
Answer[Admit/Acknowledge if no answer is provided]

Date: 22nd March — /200__: A.D.      Certified Mail No. 7003-3360-0000-C 782-8357

Page 11:

*Nunc Pro Tunc:*
*This is a Private Administrative Remedy as a Bargain Between the Parties.*

No. 17    *Proof of Claim:* that the law leaves wrongdoers where it finds them, id;, Section 50, 51, and 52 of Am Jur 2nd "Actions" on page 548 "No action lie to recover on a claim based upon or in any manner depending upon a fraudulent, illegal, or immoral transaction or contract to which the Plaintiff is a Party.
Answer[Admit/Acknowledge if no answer is provided]

No. 18    *Proof of Claim:* Plaintiffs act of creating credit is not authorized in the Constitution and laws of the UNITED STATES.
Answer[Admit/Acknowledge if no answer is provided]

No. 19    *Proof of Claim:* that I cannot demand a personal recognizance bond issued forthwith and respectfully demand a waiver of the fees and cost so I can Plea "I am here in Special Appearance Propria Persona, Not Generally, and I'll Plea In Bar Corram Non Judice" to the charges during which I stipulate to all the facts and accept and return the same for full settlement and closure in the Transaction. id;, Confession and Avoidance.
Answer[Admit/Acknowledge if no answer is provided]

No. 20    *Proof of Claim:* Lawyers and/or Attorneys first duty is to the court , not to the client and whenever the duties She/he owes to the client conflict with the duties she/he owes to the court as an officer of the court in the administration of justice the former must yield to the latter, id;, Corpus Juris Secundum, Attorney & Client, Sec, 4, pg 802
Answer[Admit/Acknowledge if no answer is provided]

No. 21    *Proof of Claim:* Counsel ; Attorney or legal adviser: 2, the advice or aid given with respect to a legal matter 3, In Criminal Law, the term may refer to the advising or encouraging of another to commit a crime.
Answer]Admit/Acknowledge if no answer is provided., ]

No. 22    *Proof of Claim:* that I, inanimate and a stranger is not a real quick sentient being, thus being mistaken identity of and for the all capital letter name, Homograph, that sounds like me but is = not me , Because I am the Proctor of/for the real "DEBTOR, FREDERICK ALAN PIERCE, © Who is in all upper case,( i,e, Res Ipsa Loquitur,) That i'm "Not insipid,"
Answer]Admit/acknowledge if no answer is provided., ]

No. 23    *Proof of Claim:* That the presenter of the presentment/drafts is just a "Bill of Attainder" which is unlawful, id;, By conferred franchise-create GERRYMANDER for improper purpose.
Answer[admit/Acknowledge if no answer is provided]

No. 24    *Proof of Claim:* That this conditional acceptance is not just a refusal , but an acceptance shifting the liability "Onus Probandi" back to the presentment/drafts and or a Bill of Attainder in pursuance of well established law, "legislative history of the Organized Crime Control Act", was outlawed by First Congress, Because it is a Bill of Attainder.
Answer[Admit/Acknowledge if no answer is provided]

No. 25    *Proof of Claim:* That Presenter of the Presentment/Drafts and or Bill of Attainder is not operating in a public capacity at all times material thereto, id;, Private Capacity, Acting D, B, A, !

No. 26    *Proof of Claim:* that presenter of the Presentment/Drafts and or Bill of Attainder is not operating in a private capacity in point of fact, at all times material thereto.
Answer[admit/Acknowledge if no answer is provided]
Dated: 22 ND / November /2007; A, D,
Page 12:

Certified Mail No. 7003-2260-0000-6782-8357:

*Nunc Pro Tunc:*

*This is a Private Administrative Remedy as a Bargain Between the Parties,*

No. 27   *Proof of Claim:* That by unlawful conversion and theft of ones tax exemption you and your court, by a *concert of action,* are committing commercial bribery to create a *Sui Generis* statutory proceeding *for declaratory judgment* which is *neither legal nor equitable,* Ref: *Moss v. Moss,* 20 Cal 2d 640, 128 p2d 526, 141 ALR 1422,
Answer[Admit/Acknowledge if no answer is provided]

No. 28   *Proof of Claim:* That you are operating under a *De Facto corporation:* one that exist in fact but without actual Authority of law,
Answer[Admit/Acknowledge if no answer is provided]

No. 29   *Proof of Claim:* That if one makes Reservation of Rights (Synonymous with UCC§1-207) then one is protected as to entering any unconscionable, over reaching, nudum pactum, quasi, conversion contracts that are in fact fraud,
Answer[Admit/Acknowledge if no answer is provided]

No. 30   *Proof of Claim:* You are   part of the *"Gerry Mander"* concert of action that has been arranged and agreed upon between all parties known and unknown at this time one in pursuit of some common design or in accordance with some scheme, In criminal law, concerted action is found only where there has been *a conspiracy to commit an illegal act* that *all share* the criminal intent of the actual perpetrator *acting under De Facto Badges of Fraud,* id;, the term also applies to *joint-tortfeasor* where there is a tort liability for conspiracy,
Answer[Admit/Acknowledge if no answer is provided]

No. 31   *Proof of Claim:* you and your agency do use the *red metered U.S, postage stamp* most of the time or at any time, Subpoena Duces Tecum U.S, Postal Records with You!
Answer[Admit/Acknowledge if no answer is provided]

No. 32   *Proof of Claim:* as to how many digits in your Bar Card; Subpoena Duces Tecum!
Answer[Admit/Acknowledge if no answer is provided]

No. 33   *Proof of Claim:* That *one can* use the *Mirror Image Rule under UCC § 1-103 (6)*
Answer[Admit/Acknowledge if no answer is provided]

No. 34   *Proof of Claim:* That I'll get a jury of *Talesmen impaneled and sworn to try issues in the case; I Demand a personal recognizance bond issued forthwith, and respectfully demand a waiver of frees & Notice; of Surety Act, With attached Bond, and with no cost,; So I may appear & plea to the Charges, during I Shall "Stipulate to all the facts & accept & return the same for full settlement & closure in the transaction," I.e, UCC § 1-107+1-207; or Sua Sponte,*
Answer[Admit/Acknowledge if no answer is provided,]

No. 35   *Proof of Claim:* That Plaintiff in combination of the Commonwealth of Virginia and IRS/IMF U.N., which are for all practical purposes because of their interlocking activity and practices and all being institutions incorporated under the laws of the UNITED STATES, are in the law to be treated as one and the same, UCC § 1-103(6)
Answer[admit/Acknowledge if no answer is provided]

No. 36   *Proof of Claim:* Even *if* the Defendant could be charged with *waiver* or *estoppel* as a matter of law; this is no defense of the Plaintiff,
Answer[Admit/Acknowledge if no answer is provided]

No. 37   *Proof of Claim:* That Americans appearing in American Court that are represented by a Lawyer or Attorney are known to be *"Wards-of-the -court",* id;, See eg, Corpus Juris Secundum, Attorney and Client, Sec, 2, 769

Answer[Admit/Acknowledge if no answer is provided]
Dated: 1 22 VP   Marlek /200 7:A.D.           Certified Mail No. 7003-2260-0600-6792-8357:

Page13:

No. 38 _Proof of Claim:_ That a _"Constitution"_ or the _"Constitution of the united States of America"_ was created for Governmental Restraints on Governmental Actions and not for the purpose of restraining the _"People"_ and not to gain _"jurisdiction"_ or _"Absolute Jurisdiction"_, Absolute Jurisdiction being, governed by, or characteristic of, a ruler of authority completely free from constitutional or other restraint; also being jurisdiction that is not Restrained by a constitution or any other restraint that is created by the fraudulent, bicameral Legislative Bill, 14th Amendment that makes/presses/crimps one into becoming a United States Citizen under a regulatory scheme and through the _"Buck Act"_ as giving the same appearance of control over Regions as over the ABSTRACT (Verb- to take without right: Ref: 10 Am Jzd Bank's § 224) the Homograph and also a CONSTRUCTIVE TRUST,; that is found contrary to the parties it is bound to, intent for creation, in order to work equity or frustrate fraud thus being, the inention of the _creation of the Homograph/ALTER EGO/ABSTRACT,_ that the congress created through a local "Chamber of Commerce" TO GAIN this Jurisdiction being under supposed rule of declaration "Whatever Congress Creates Congress can Rule" thus being the true root of the inducement of the spawn of the "Concert of Actions" that come after the initial creation of the ABSTRACTION, JOHN DOE, the Commercial Entity/ALTER EGO/Homograph/Doppelganger that is then ran with "Subordinately with, John Doe, the real flesh and blood man and creates the control, of the above noted "Absolute Jurisdiction", thus bringing to light the truth that all Amendments created after the Civil War" are null and void due to the "Junto"/ _Coup d'etat_ that is know also as the Bicameral Legislation that turned the Constitution into a tool for Restraint and a Burden on the "people" and put government into a control that can only be explained into one word "Tyranny" and So-Called "Democracy", that is in all actuality a Communistic Government, that is "Out of Control" with one thing for its main purpose being "Greed",id;,Notice of "Trespass by d,b,a, conversion" of copyrighted, personalty

Answer: (Admit/Acknowledge if no answer is provided,)

No. 39 _Proof of Claim:_ That _Notice to Agent is Notice to Principal_ meaning is: said agent being Mary E. Stanley, d.b; a. on Agent working for the same Agency as the Principal, Being, US-IRS-IRM=UM as a Public Servant, Fiduciary agent/having the Delegable Duty conferred to give "Notice" to the Proper Principal, England., for the Equitable Proceeding, i,e, Certified Mail No.; 2003-2260-0000 6783-5357, just as it was agent, C.b.c, /Q.B.A, had as agent for the Signature on return receipt to notify the Principal/Correct deliverance to Respondent, Mary E. Stanley. Thus such actions or lack thereof shall placed Respondent, mary e. stanley, in Dishonor and fault for the Private Administrative Remedy, as a bargain between the parties, a,k,a, Equitable Proceeding, id;, In which is omission that creates a surcharge for the neglect by the Respondent, i,e, Non-use of UCC § 1-103(6),

Answer: (Admit/Acknowledge if no answer is provided,)

No. 40 _Proof of Claim:_ that _Notice to Principal is Notice to Agent_ being: that is to confer the Delegable Duty on the Fiduciary/Principal Agent to give Proper and Lawful, not legal, Redress to this/the situation at hand to _create the proper mandatory injunction_ and also let it be known to fellow agents and agencies, by restrictive use only as to my notice of property and its standing for cost of infringement upon at 1,6 Million per day, Principal being Public Servant "hence" it is the Principals Duty as being a "Public Servant".

Answer: (Admit/Acknowledge if no answer is provided,)

No. 41 _Proof of Claim:_ That _Applicable to any and all Successors and/or Assignees_ is: Example- Jane Doe takes John Does position as d,b,a, office and mail is sent for John does d,b,a, office and Jane Doe is in current succession, it is now upon Jane Doe and applies to Jane Doe to create the "Proper" "Mandatory Injunctions" to resolve and redress the situation,

Answer: (Admit/ Acknowledge, if no answer is provided,)

No. 42 _Proof of Claim:_ The term "_de facto_"[2] on page (325) of Merriam-Webster's Collegiate Dictionary 11th, Ed,: 1: ACTUAL; esp: being such in effect though> not "formally recognized" (civil Liverties-13,7:) (a de facto state of war 2: exercising power as if legally constituted (a de facto government>3: resulting from "economic or social factors"- rather than laws or "action of the state" (de facto segregation> Id;, defalcate-vb-cated; cating; vt (1541) archaic: DEDUCT, CURTAIL    vi: to "engage" in embezzlement."

Answer: (Admit/Acknowledge, if no answer provided,)
Page14:

No. 43 <u>Proof of Claim:</u> That anyone gaining or retaining an "<u>Attorney</u>" creates a creates a Conflict of Interest by way of "Double Jeopardy" for the Manifest necessity and is MISTRIAL by the defense counsel's Attorney evident Conflict of Interest in representing both "defendant", the one accused, and the "key witness", STATE OF MAINE/UNITED STATES courts, as an "Attorney" is an officer of the court and the attorneys first duty is to the court, not the client, and whatever duties the attorney owes to the client "conflict" with the duties the attorney owes to the court, as an officer of the court in the administration of justice, the former must yield to the latter, and also, the attorney as an officer of the court is always subject to the admitting court's jurisdiction as to the "Attorney's" ethical and professional conduct and violations of those standards of conduct may result in discipline of the attorney in the form of censure, suspension, or disbarment. Thus leaving the whole court proceeding a scheme to induce the frauds that makes the/all court proceedings mistrials due to these facts, Ref: 06-491 <u>Elliot v. United States;</u> Barron's "Dictionary of Legal Terms" Third Edition By: Steven H. Gifis ISBN#: 13: 978-0-7641-0286-8; Corpus Juris Secundum, Attorney & Client, Sec. 4, Pg. 802, Hence the Poisonous Tree by being the inducement of the Fraud!!

Answer: (Admit/Acknowledge if no answer is provided.)

No. 44 <u>Proof of Claim:</u> That by an "<u>Aggrieved Party</u>", UCC § 1-201 (2) Aggrieved Party means a party entitled to resort or remedy, by invoking UCC § 1-107 Being Waiver or Renunciation of Claim or Right after breach any claim or right arising out of an alleged breach "can" be "discharged" in whole or in part without consideration by a written waiver or renunciation signed and delivered by the aggrieved party; Hence the False/Voided Judgment of the court/Fruit of a Poisonous Tree that brought brought on the secondary contract to make one surety for a bond and creates the payment of the so-called debt/True <u>Bill/Bill of Pains and Penalties</u> that is synonymous to a Bill of Attainder, i.e. Legislative acts, no matter what their form, that apply either to named individuals or to easily ascertainable members of a group in such a way as to pronounce sentence on them without a trial. (Now for there to be a competent and fair hearing one who is accused is supposed to be present at the hearing to defend the accusations and one is not present at the indictment hearing to defend and sentence is then pronounced without a proper hearing, but rather by a "Legislative Act" to declare if there is enough evidence to convict) <u>United States v. Brown,</u> 389 U.S. 437, 448-49, 85 S. Ct. 1707, 1715, 14 L. Ed. 484, 492; <u>United States v. Lovett,</u> 382 U.S. 303, 315, 66 S. Ct. 1073, 1079, 90 L. Ed. 1252, An act is a Bill of Attainder when the punishment is death and a Bill of Pains and Penalties when the punishment is less severe; both kinds of punishment fall within the scope of the constitutional prohibition, U.S. Const. Art. 1, Sec. 9, Cl. 3, (as to Congress); Art. 1, Sec. 10, (as to the state legislatures). Thus The True Bill/Fruit of a Poisonous Tree/Bill of Pains and Penalties was formed by unlawful acts, in a concert of action, by way of Duplicity, Disparagement, Misjoinder, Disjunctive Allegations, Latent Ambiguity = Latent Defect, No Full Disclosure that one is in a Commercial Setting = Frustration of Purpose = Commercial Frustration, Commercial Bribery on the part of the Municipal Corporation in a Concert of Action, Moral Turpitude for the Unlawful Trespass of "De Bonis Asportatis", etc., etc., etc. Thus if one is holding one from Freedom by the use of a "Fruit of a Poisonous Tree" one is in a "<u>Concert of Action</u>" to all the above noted Unlawful Acts and the one being held demands, i.e. On Demand, to be released and is entitled to such a remedy as being the "Aggrieved Party", Ref: Blacks Law Dictionary 6th Edition; Barron's "Dictionary of Legal Terms" Third Edition By: Steven H. Gifis ISBN#: 13: 978-0-7641-0286-8.

Answer: (Admit/Acknowledge if no answer is provided.)

No. 45 <u>Proof Of Claim:</u> That as the <u>Proctor/s, Fredrick Alan Pierce</u>, and being sui juris, de jure, as the real sentient moral being, your and all agency-office's have made the "mistake of my identity, of and for the ALTER EGO+Homograng in all upper case letters name the de facto corporation "ARTIFICIAL PERSON" that sound like (me) but is not (me) because i'm the proctor of/for the real debtor NAME UCC § 3-419, FREDERICK ALAN PIERCE as so so often the cause, i.e. res ipsa loquitur !

Answer: (Admit/Acknowledge, if no answer is provided.)
Page 15:

No. 46 _Proof of Claim:_ The word _"Construct"_ as was or is used ut (14c) to construct ut to _fabricate; compile,_ and construe ut to interpret; to de duce; to translate page(71) and in the Marrian-Webster's Collegiate Dictionary 11th, Ed; _At Page 268– construe ut (14c)_ to construct: 2: to understand or explain the sense or intention of usu; in a particular way or with respect to given _"set of circumstances_(H,2,R, 192; June 5th, (1933)) ( _construed my – action as hostile_) ~ vi: to construe a sentence or sentence part esp; in connection with translating; _construe n; (1884)_ an act or the result of construing esp; by piecemeal translation, = no,; 2: same page: _construct n;(1933)_ (same year as the (said bankrupt n; at page (29) of the the websters concise dictionary: _insolvent person_ compelled to place his affairs in the hands of creditors; ut : _to cause to go bankrupt; (id;, F,R,N,) a_ _insolvent,_ unable to pay debt;($): Now lack to no,; 2: Construct n; (1933)1: something——— constructed by the mind: as a: _theoretical entity=ALTER EGO=homograph(_the deductive study of abstract: of ones real name in all lower case letters; Not the SOUL=Personification;

Answer: (Admit/Acknowledge; if no answer is provided;)

No. 47 _Proof of Claim:_ That in the Bible in _GENESIS_ , 2-7: And the Lord God form-ed man of the"dust" of the— ground; and breathed into his notrils the breath of life; and man became a living _"SOUL".;_

Answer: (Admit/Acknowledge; if no answer is provided;)

_Proof of Claim:_ That on page (1192) _soul n; (bef;12c)_ 1: the immaterial essence; animating principle; or actuating cause of an individual life 2 a: _the spiritual principle embodied in human beings;_ all _"rational"_ and spiritual beings; or the universe b: cap;(ones name used as an abstract= corporation entity=ALTER EGO=HOMORAGPH) _Christian Science:_ 7: PERSONIFICATION; RE:Pg; (925);

ANSWER: (Admit/Acknowledge; if no answer is provided;)

No. 48 _Proof of Claim:_ That on page (925) of M-W-11th, ED; : _personification n; (ca;1755)_ attribution of personal _qualities; esp; "representation ((C,2,S,)_) of a thing or abstraction _as a person_ or by the _human "FORM".;(_ see exhibits of pages from Marriam-Webster's Collegiate Dictionary: (10Ed;);

Answer: (Admit/Acknowledge; if no answer is provided;)

No. 49 _Proof of Claim:_ That _presenter of the"new presentment:_ No;s: that are related with any _endorsements– front and back_ , are now been accept for value and being return for value to your office for complete "Discharge = = Zero (0) Balance in accordance with the Uniform Commercial-Code's UCC; 2-205 and UCC 3-419 and also under the "House Joint Resolution # 192; June 5th; 1933:" id;; Case/Account's no's: 5;07-cv-00191,; FREDERICK ALAN PIERCE that has been so as being "construed" and now casuing 'the tresxass _again_ of my common law copyrighted of alter-ego=homograph NAME; A copy of my right under UCC § 1-103(6) as attached herewith on to; which your office using case/account no;s: 1:93-cr-00043-GZS-22 and 93-43-B as well; On-deman to discharge and the unlawfully incarcerated real person frederick alan pierce; being released immediately and unconditionally ; or stand the surcharge at $1,;6-per-day + cost!

Answer: Admit/Acknowledge; if no answer is provided;)

No. 50 _Proof of Claim:_ That this " _Conditional Acceptance_ is not just a refusal; but my acceptance shifting the– libility" (_onus probandi_) lack to the agent/agency; i;e; has used a BILL OF ATTAINDER is an artificice: In pursuance of well established law; _"the legislative History of the Organized Crim Control-_ _Act",;_ was _outlawed_ by the _First Congress;,_ because it is _a Bill of Attainder;_

Answer: (Admit/Acknowledge; if no answer is provide;)

No. 51 _Proof of Claim:_ You or anyone _acting as agent d;b;a;,_ under your office of the related presentment of your Bill Of Attainder, is lawfully in vested with any lawful authority of your de facto corporation, can step out of his or her public capacity; "of law and too the Gerrymander said venue" of the guaranteed Republic form of government to transact _"Private business_ or _enforce_ any law of the former in the latter; Without consent or ful disclosure to the sovereign and which no consent has; or was or wil be given at time; _res ipsa loquitur;_

Answer: (Admit/Acknowledge; if no answer is provided;)

Page16:

No. 52  <u>Proof of Claim:</u>  By: <u>Alter Ego Doctrine:</u> the law will disregard ones personal liability, when one page (1039)))"recognize vt, more at COGNITION](ca,1532) (M-W) 11th, Ed, ) d: to acknowledge-the
*De Facto (CORPORATION) existence OR the (Bicameral-biomedical engineering n,(1961),
id;, By (commercial) barries to social intercourse, by separate educational facilities-
or by other discriminatory means: (Segregation-(M-W)-page (1125) 11th, Ed, i,e, Is-
Alienation of fee simple in real property ownership; Under <u>allocution-sentencing-</u>
procedure and is a mandatory part of a valid sentencing <u>in the federal system</u>,

   Answer: (Admit/Acknowledge, if no answer is provided,)

No. 53  <u>Proof of Claim:</u>  BARRON'S DICTIONARY OF LEGAL TERMS, Third Edition, By: Steven H, Gifis, <u>at page (19-20)</u>,
ALTER EGO  Lat: the other self, Under the doctrine of alter ego, the law will disregard
the limited personal liability one enjoys when he or she acts in a corporate capacity
and will regard the act as his or her personal responsibility, To invoke the doctrine,
it must be shown that the corporation was <u>a mere conduit for the transaction of private-</u>
<u>business</u> and"<u>no separate identity of the individual and the corporation really existed,</u>
<u>i,e,</u> Concept of Action: page (86) 1, action that has been arranged and agreed Upon between-
parties, in pusuit of some common design or in accordance with some scheme, In Criminal-
law, concerted action (Sui Generis=Declaratory-Judgment-Neither legal nor-equitable!!

   Answer: (Admit/Acknowledge, if no answer is provided,)

No. 54  <u>Proof of Claim:</u>  DUPLICITY - page (148) Barron's Law : the technical invalidity resulting from uniting
Two or more "Causes of ACTION in one count of a Pleading, or multiple defenses (real-
ARTIFICIAL) in one plea, or multiple crimes in one count of an INDICTMENT, or two or
more "Incongruous subjects in one (Bicameral)-Legislative act, all contrary to proper
procedural or constitutional requirements, <u>id;,</u> Misjoinder!

   Answer: (Admit/Acknowledge, if no answer is provided,)

No. 55  <u>Proof of Claim:</u>  That all parties have been <u>acting in concert,</u> knowingly and all un-knowingly  by
acting as a De Facto Corporation have and still are acting one frederick alan pierce,
by not recognize me or admit me <u>as a lord</u> or <u>sovereign,</u> as being one <u>with a particular</u>
<u>status</u> (with Standing) and or to the right to be heard; Acknowledge or take notice of
in some definite way under UCC § 1-103(6) as ones "<u>Delegable Duty</u>" : adity that an -
obligor is able to transfer to another.The term does not imply a giving up of authority-
but, rather, the conferring to a FIDUCIARY of authority to another to do things that
otherwise must be done by the obligor, Ones Ministerial Act - an act performed according
to my explicit direction; <u>On Demand for my immediate release</u>,) by a subordinate official
allowing > "No <u>Judgment</u> or discretion on your part as the Judge -acting d,l,a,al-Sua Sponte,

   Answer: (Admit/Acknowledge, if no answer is provided,)

No. 56  <u>Proof of Claim:</u>  One is only--by being <u>recognize</u> u,t, to identify; to acknowledge, Recognizance n,
acknowledgment of <u>a person</u> or THING; sum pledged as surety, page (252) THE WEBSTER'S
CONCISE DICTIONARY (1994) Edition  INSB# 1-55993-297-X

   Answer: (Admit/Acknowledge, if no answer is provided,)

No. 57  <u>Proof of Claim:</u>  The Word "<u>image n,</u>" out of the same dictionary: a mental picture of any <u>ob-ject;</u> a
symbol; idol; <u>figure of speech;</u> u,t, <u>to form</u> an image of; to reflect; to imagine;
n, images regarded <u>collectively;</u> figures of speech,{id;, utter=utterance-n,(15c)today=$,

No. 58  Anaswe: (Admit/Acknowledge, if no answer is provided,)

No. 59  <u>Proof of Claim:</u>  the word <u>imagine</u> u,t,: From the same dictionary pagn (155): <u>to form</u> in the mind an
idea or imge; to conjecture; to picture; to believe; to suppose; u,i, to form an -
image of; to picture in the mind, Imaginable a, = <u>imaginary</u> a, existing only in .,,,
imagination or fancy; fanciful; unreal, <u>Imaginative</u> a, gifted with the"creative-
faculty; fanciful, <u>Imagination</u> n, the mental faculty; which apprehends and FORM S
ideas of external "OBJECTS"    the  poetical    faculty, id, <u>Substance</u> and <u>form,</u>

   Answer: (Admit/Acknowledge, if no answer is provided,)

Page17:

No. 60 <u>Proof of Claim:</u> My Quick name, frederick alan pierce; <u>By the use of BELIE:</u> n. (12c) was used to give
false impression of (me) or to present an appearance of (me) as being FREDERICK ALAN-
PIERCE, acting as an ALTER EGO d,b,a,, which (i) was not in any agreement back then or
now; Is no more then a "HOMOGRAPH", = a "Doppelganger," id; <u>Belief:</u> n. = alter. (bef,12c)
    Answer: (Admit/Acknowledge, if no answer is provided.)

No. 61 <u>Proof of Claim:</u> That by the use of "<u>disparagement</u>" of one(s) name that is in all lower case letters,
was and is the "Bait and Switch Artifice", is the fraud or cunning device used to -
accomplish the "Quasi Contract for unjust enrichment", <u>without any full disclosure,</u>
too said "conferred franchise, commercial trade name and/or trade-mark", as no more
then the use of "<u>Collateral Fraud</u> that prevents (me) as the party from knowing -
about ones rights or defenses and/or from having any fair opportunity to present -
"<u>Confession and Avoidance=Accept for Value,</u> under H,J,R, 192, June 5th,, (1933) as
by the use of U,C,C, §§§§§ 1-207,,1-707,,1-703(6),, 3-303 and/or 1-207(10) and more,
any AGENT or any Agency was and is "Obligation to reveal said details; That one was
or would be <u>ACTING</u> in and under International Law; which was in a broader sense, in-
-cludes (both) Public Law and private-law; Is no more then an "ILLUSORY PROMISE"
at best "Only IMPLIED CONTRACT=Nudum Pactum, which is not sufficient as "consideration
for a reciprocal promise and thus cannot "Create" a valid contract.
        id; This is more then "Equitable Relief from (my) Judgment case/Account(s) 93-43-B: being-
****Return [02096-036], ( or Magistrate-Presentment-No,5:07-cv-00191=now taken for value UCC3-303!
    Answer: (Admit/Acknowledge, if no answer is provided.)

No. 62 <u>Proof of Claim:</u> By the use of "<u>Belief</u>": n. [ME beleave, prob. alter, of OE fr. ge-, associative prefix +
to OE lyfan - more at BELIEVE] (12c) 1: a state (me)) or <u>habit of mind</u> in which <u>trust</u>
or confidence is placed in some person (Public Teacher) or thing (Public School): 2:
something believed; (the U,S, Constitution; <u>And not</u> Bicameral US =Two Legislative——
Chambers; because of the"<u>Flaw in the U,S, Constitution</u> Art, I Sec,8,, Cl,17=(1-8-77);
<u>Much like "Bicomponent:</u> adj. (1982): being "a fiber made (created) of two polymers
having "Slightly different physical properties" so that the (cerated) fiber has a
permanent "<u>crimp</u>"and "fabric('s) <u>made from it</u>" have "<u>inherent bulk</u>"- (UCC § 1-207(17),
and stretchability; <u>Much like ones name(s)</u> and/or one(s) polymers, having slightly
different physical <u>properties</u>, a noun, (1958):=President-Dwight D, Eisenhower (AKA=Ike)
who ok the "<u>formation of DNA or RNA acting as a TEMPLATE*</u> that serves as a pattern
<u>for the</u> " Generation of another " (as messenger RNA) > OVERLAY as something that -
Establisher or serves as a pattern; id;, E "PLURIBUS "UNUM = crimp vt,; hook, crimp,(1863).
    Answer: (Admit/Acknowledge, if no answer is provided.)

No. 63 <u>Proof of Claim:</u>  <u>Imago:</u> n. pl. [NL, fr. L, Image](ca,1797) 2: an idealized mental image of another-
Person or the self; <u>Id;,</u> By the use of INFUSE.
    Answer: (Admit/Acknowledge, if no answer is provided.)

No. 64 <u>Proof of Claim:</u> The word "<u>Capital</u>"= <u>Cause of,</u>, involving the "Forfeiture of life;" Under the so called,
"Deep Rock Doctrine."= Speculate: v,t, to "<u>Engage</u>" in risky commercial—tansaction; By Rote.
    Answer: (Admit/Acknowledge, if not answer is provided.)

No. 65 <u>Proof of Claim:</u> That one learns the ABC <u>in block letters</u> and then ones name is tolded by all teachers-
that is ones real name,, by teaching one to learn too print the <u>Homograph</u>, that is
and has been used too make one think it's there real name, because it was learned
to make one not only think, but was told because it sounded like one real name; <u>It's</u>
<u>Called CONDITIONING</u> under Thomas Jefferson, compulosory Public School(s) = CRIMR =
MANDATORY=ENFORCED, That cause the Trespass of Civil Right and Liability under 13,7:
now liable under civil rights statute for unconstitutional deprivation, when deprivation
is "Visited pursuant to a <u>private government</u> Custom" (only) even though such custom has
"<u>Not received formal approval</u> through the body's of official decision making channels,
Id;, is no more then what is or has been <u>accepted</u>; under the <u>rule of Neccessity.</u>
    Answer: (Admit/Acknowledge, if no answer is provided.)
    Page18:

No. 66 _Proof of Claim:_ As an _agent acting d₁b₁a₁_ of/for the FEDERAL BUREAU PRISONS and acting of/for the U₁S₁ DEPARTMENT OF JUSTICE, did act knowingly and willfully on your form: "EMS-409,051-REQUEST FOR TRANSFER APPLICATION OF MANAGEMENT VARIABLE CDRFM AUG 99 (FORM-Date: October the 11th, 2002; used said form to transfer said inmate name PIERCE Frederick=02096-036: was Taken for value by UCC § 3-303 and was filded with West Virginia State, in the office of the SECRETARY OF STATE, Date: May 10th, 2005: A₁D₁ And was serviced on the Warden - Marty C₁ Anderson, d₁b₁a₁ Notice of Default UCC § 9-501 =Procedure When Security agreement Covers Both Real and Personal Property, Under UCC § 9-301 Persons Who Take Priority Over Unperfected Security Interests; Now Rights of "Lien Creditor", ‹ you May wish to - Ck with Betty Ireland-Secretary of State, Notice: is hereby been given by UCC 1-201(2)- and Now is this "Renunciation of Claim, my right after breach=UCC § 9-107, and § 1-1061 as well the FCI BECKLEY "ROSTER/CENSUS-Sheets under UCC § 1-201(10): Please see Exhibit's
> Attached herewith, and Marked as (Ex-A)(Ex-B)(Ex-C)(Ex-D)(Ex-E)(Ex-F)(Ex-G)₁ as of this-Date; a new Copyright of Homograp/Doppelgange=ALTER EGO and My DNA-RNA = Polymerase/template, has been taken by convention On Dasted:11/13/2007: its one of Two Pages, also attached - ∠ herewith; and Now this is your new Notice too you and all agent(s) and agency(s) any-use of either: Is set at a fixed rate of $M₁6₁ Millinion a day at cost + and all acting D₁B₁A - Shall received a _Bill of Equity_ or _by a commercial Lien_ (This is anyones CAVEAT!
_Answer:_ (Admit/Acknowledge, if no answer is provided₁)

No. 67 _Proof of Claim:_ That in the HOLY BIBLE (i₁e₁ THE GIDEON"S) in _GENESIS_ 1 at 1-26: (It says)-And God said, Let us make man in our image, after our likeness: and let them have "_Dominion_" over the "fish of the sea", and over the fowl of the air, _and over the CATTLE,_ and over all the earth! And yet at _GENESIS 2-20:_ (Its saying _Adam gave names to all the Cattle,_ and to the fowl of the air, and to every beast of the field; (So now let see if you can answer Who name the _fish_ of the _SEA?_) Next question is: In "The Voice of Authority: Merriam-Webster's Collegiate Dictionary-Eleventh Edition at page (196): _cattle n₁ pl₁ chatel_ = _personal property,/pₙ - more at CAPITAL,_ (14c) at No₁2: human being e/sₐ₁ en (then) mass;= _This is UCC § 9-201 (10) and (17);_ This, the cause: _Cattle Call: nₐ_ a mass audition (_as of actors_) id;₁ In court-room-of-bicameral chamber=D₁B₁A₁, under-SOUNDS IN - has a connection with₁ Thus, through _a_ party to a law-suit has "pleaded damages in tort, (_i₁e₁ indictment=_ _TRUE-BILL$;_) It may be said that the "action" nevertheless -sounds in = CONtract if the - elements of (said) offense _charged_ "APPEAR" to constitute a con-tract, rather then a tort, action; (_Only after 3 days under Regulation-Z;_ + Truth in Lending Act: You have no-proof-claim, any Full Disclosure was ever giving to the Aggrieved Party, _id;₁ Only was ROTE₁_
_Answer:_ (Admit/Acknowledge, if no answer is provided₁)

No. 68 _Proof of Claim:_ That in the same _BIBLE,_ at _GENESIS 2-7:_ (it's stated:) And the Lord God form-ed man "OF the DUST of the ground," and breathed into his nostrils the breath of life; and man be-Came a living "_SOUL_", id;₁ Soul: in the same Merriam-Webster's Collegiate Dictionary-11,th₁; it state: on page (1192): nₐ (def₁12c) 1: the immaterial essence, animating "principle , "OR" actuating-principle," actuating cause" of an individual life!! 2a: ›the spiritual - Principle-embodied-in-human-beings,‹ "national and spiritual beings, (ALTER EGO=ABSTRIBUTION-of personal qualities; esp: representation of a THING or abstraction as aperson or by the-human FORM , ‹ id;₁ signature - The name of a person written or subscribed by him on her-self's-that has ›FORM and ›ikstance, (see) Person - "In books of the Law, as in other books, and in common speech, 'person' is often used as meaning a human being, › "But the technical legal-meaning of a 'person' is Subject of legal Rights and Duties," _Gray, The Nature And Sources-Of The Law,_ 27,₁ 2nd d₁ (1921)₁ › This word is applied to men, women and children, who are - called natural persons₁ .₁.₁.₁ 2₁ It is also used to denote a "CORPORATION which is an (the said-ALTER EGO) = ABSTRACT-ARTIFICIAL PERSON-that _was created by the 16th₁,₁ Amendment_ (read it )- "FOR TAXS ON INCOMES," _i₁e₁_ What-ever-source-derived=Ones name in all _Capitalization !_ .₁.₁.₁.₁ 3₁ But when the word "person" is spoken of in legislative acts, natural person will be- - - intended, * Unless some=thing-APPEAR in the context" (ones name in all capital LETTERS) too-show that it applies to the (_Homograph_) ›artificial persons=by Personification: nₐ(ca₁ 1755)!
_Answer:_ (Admit/Acknowledge, if no answer is provided₁)

Page19:

*** Notice by Affidavit: ***

*** Notice: Proof Of Claim; <u>Under Rule Nisi</u> ***
The Conditions that are required by you , as to my satisfaction,
prior to full Acceptance, are to be answered-Point-For-Point;
Or all Proof Of Claim's; One being the "Respondent personally liable my Restatement," nunc pro tunc order,
To "Recognize: vt (1532) to admit as being lord or sovereign and too recognize me as having particular status!
One, who does not Recognize or Acknowledge the De Facto Existence on the independence of or to perceive to be
something or someone previously known and I perceive clearly-I do not Recognize or Realzize your Corporation
*** Only my created kingdom! ***
*************************************************
CAVEAT

*** Failure to respond in (21) day's, is the time aloted shall constitute, as an operation of la w,
the admission by your recognizing that all proof of claim's are true, correct and not misleading, and
as the respondent has acknowledge/admited and now under "TACIT PROCURATION" to any or all  Proof of-
Claim's and Answer's to my affidavit to all inquiries provided for you to respond within (21) Days;
By your non-response to my proof of claims shall be deemed as Res Judicata, Stare Decisis by operation
of Nihil Dicit,  * Failure to respond shall constitute an Estoppel by Acquiescence, And shall be notice
700: Ceas and Desist Collection Any Active Account's Activeies Prior To Validation Of Purported debt:
Of Case=Account No,'s 93-43-B = 02096-036 = 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, now under Proctor: No,004381023: As to Puesuant
to the Fair Debt Collection Practies Act, 15 U,S,C, Sec, 1601, 1602 et seq, And 1-107, 1-201(10),1-207.

Notice by Ex Officio Service, and by certified Mail No, _____|
Executed by proctor/stranger/s/,_____, this Date of ___ /_____ 2007:A,D

**************************************************

Proof Of Claim's:
That is being used come from: THE WEBSTER'S CONCISE DICTIONARY (1994) Edition,
(But not all are not limited to,)

No,69   <u>Proof of Claim:</u> The word "capital" a, (Pg,50): involving the forfeiture of life; first in importance-
principal (me); n, the city or town which is (or may be if one is not autonomy,) the
seat of government (private) in a state or nation; the estimated total value of a—
business, -punishment n, the death penalty; <u>capitalize</u> n,*to take advantage of;•|•|•|•|
CAPITALIZATION n,: to provide with capital letters; to supply with capital ($=FRN),
Answer: (Admit/Acknowledge, if no answer is provided,)

No,70   <u>Proof of Claim:</u> The word "disparagement n;: unjust comparison, = in BARRON'S LAW DICTIONARY OF LEGAL
TERMS at Page (139) DISPARAGEMENT bait and switch; = A Homograph of ones name!
Answer: (Admit/Acknowledge, if no answer is provided,)

No,71   <u>Proof of Claim:</u> The word "Rote" n,: mechanical repetition; = <u>the bait and switch homograph,</u>
Answer: (Admit/Acknowledge, if no answer is provided,)

No72   <u>Proof of Claim:</u> The word " revue "n,: (page 260), theatrical entertainment, partly musical comedy,
(id;, The Law of Comedy!) with little continuity of structure on plot; = CATTLE CALL:
Merriam-Webster's Collegiate Dictionary 11th, Ed, (page196): <u>cattle call-</u> n, pl, -
(1952) a mass audition (as of actors); = ROTE = cattle n, pl, more at capital] RE:
No, 2, human beings esp en-(then)-massa, = UCC § 1-201(10)+(47),
Answer: (Admit/Acknowledge, if no answer is provided,)

No,73   <u>Proof of Claim:</u> The word "revenue n, : income derived from <u>any source,</u> (id;, the 13th, and 16th, •|•|•|
Amendment's to the U,S, Constitution = the junto Bicameral legislative act; under
"THE DEEP ROCK DOCTRINE + F,R,N, $!")
Answer: (Admit/Acknowledge, if no answer is provided,)

No,74,  <u>Proof of Claim:</u> The word "Colltaeral" a   running   parallel; (ones name in all lower case to also
running with the Doppelganger/ALTER EGO and as the all upper case name, the homograph; =
id;, To form and construct-ENTITY, for geometrical population growth use, captial letters,)
subrdinately connected; additional (of a security); n, additional security, Page( 64)!
Answer: (Admit/Acknowledge, if no answer is provided,)

Page20:

*** Nunc Pro Tunc: ***

Affidavit of Denying the Corporations Existence;
Estoppel By Laches;
Sui Juris, De Jure, Under Ex Officio Services; By Certified Mail No: 7003-2260-0000 6782-83,5⁴:
Ex Parte; To: Mary E. Stanley, acting, DiBiAg/dibiqi, Magistrate Judge,
Respondents Location: US Bankruptcy Court, P.O. Box of "DRAWER", Beckley, W.V. 25801)

That I, frederick alan pierce, Sui Juris, De Jure, a living Breathing man, being first duly sworn,
depose and say and declare by my signature that the following facts are true, correct, and complete to the
best of my knowledge and belief.

That I hereby deny that the following Corporations exist: UNITES STATES, THE STATE OF MAINE or West Virginia,
THE COUNTY OF KENNEBEC or R_____, CLERK OF COURT'S ASSOCIATION, ALL BAR ASSOCIATIONS, the legal
name, "MARY E. STANLEY d.b.a.," C/O "UNITED STATES MAGISTRATE JUDGE," all legal names signed on
documents, and ALL OTHER CORPORATE MEMBERS WHO ARE, OR MAY BE ASSOCIATED WITH ANY COMPLAINTS AGAINST MY
NATURAL BODY, are fictions and I deny that they exist.
                    Citation / Indictment = Disparagement.
That a Disparagement, is a Bait and switch tactic for moral turpitude, deprivity of the private individual and
contrary to what is Customary and Accepted, by de bonis asportatis, id.; trespass to personality, and I
declare these actions to be fraud by inducement of using my common law copyrighted TRADE MARK/COMMERCIAL
NAME. Private government will be held liable under civil rights statute for an unconstitutional deprivation
when deprivation is visited pursuant to government "custom" even though such custom has not received
formal approval through body's official decision making channels, 42 U.S.C.A. § 1983, (Civil Right-13,7;

I, frederick alan pierce, Sui Juris, De Jure, Proctor/Relator of and for Frederick Alan Pierce ©
and any variations thereof, is *Judgment Proof and is property pursuant to common law copyright, common law
copyright infringement notice attached, and is my personal private property. ©
                    *Notice to Agent is Notice to Principal,*
                    Notice to Principal is Notice to Agent.
    Respondent now has the "onus probandi" is now upon the respondent and under Regulation Z, Truth and
Lending Act, the respondent has a unit of 3 days , 72 hours, to rebut or under Nihil Dicit and under
tacit procuration this Affidavit will stand as a point of law.
              *Applicable to any and all Successors and/or Assignees.*
    I, frederick alan pierce, Sui Juris, De Jure, hereby declare that I am a Hebrew Man of the
tribes of Israel, I/am an Ascendant of Shem, Abraham, Isaac, and Jacob, I am a Native born American
and a Stranger Sojourner in the land of my birth, I am not now nor have I ever been a citizen of the
UNITED STATES, All claims made here are true, complete, and correct and not false in any way,
or any worldly country an/or realm by any matrix statement.

    Personally appeared as a Quick Ascendance, Lord frederick alan pierce, Sui Juris, De Jure,
to attest and affirm as the one executing the foregoing document and is a natural flesh and blood person.
Witness By: Mantle: Justice of the Peace, Witness By: Mantle: Justice of the Peace.
*No person: shall be attained of high treason where corruption of blood has incurred, but by the oath of two
witnesses, &c, Stat, 7and 8, W, 3, :7o taint, "as the credit", of jurors, convicted of giving false "Verdict".
This is done by "Special writ of attaint, Bill of Attainder= id,; Reputation :

Res + Willy = Insipid -In-Fem=Rote=Inanimate! '<> id,; Has taking on the "Matle" Chief Executive.
"Without prejudice" UCC §1-207 , 1-201(2) and § 1-107: On Demand, UCC § 1-201(19)(34)(35)(36).
frederick alan pierce ,Proctor, < > Plantagenet-\d,; Proof of Claim, <id,; Adopted,
FREDERICK ALAN PIERCE  © (AKA) Notice: Written Renunciation UCC § 1-107: By Aggrieved Party,
and any Variation thereof (ies) and also     for Repudiation Duly=Duplicity=Derivative Action as
Holder-In-Due-Course,    ( Red Curtain )    only assented as an "illusory Promise",Quasi Contract,
Trustee, but not individually ( Seal )      id,; Anticipatory Breach=Voluntary Disablement to
Priority — Preferred Stock  (Stranger)      UCC § 1-201(10)"Conspicuous":Non-Negotiable Bill of
Pre-Paid — Exempt from Levy, (the Proctor)  Lading, whom it is to operate as printed in CAPITALS,©
Executed on this Day ____ 200_ A.D.         In standing as the Beneficiary:
H,2,R, 192, June 5th, 1933:                 Proctor/S/ frederick alan pierce ,,Sui Jhris, De Jure,
Page 21,       *** Witness's Taking on the "Mantle of Justice of the Peace;
signature: adam nicholas : carey            signature:

County _Raleigh_ )
_West Virginia state-republic_ )
united States of America )

Asseveration

_Lord: fredrich alan pierce, de jure_

Only in capacity as beneficiary to the Original Jurisdiction
NOTICE OF SURETY ACT AND BOND
Re: UCC Contract Trust Account Number _004381023-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_

Lord: Bond to> Case(s)/Account(s) No's: 94-43-B and 5:07-cv-00191:

KNOW ALL MEN BY THESE PRESENTS; I, _fredrich alan pierce_, Principal, Titled
Sovereign, neutral, surety, guarantor, a free man upon the free soil of _West Virginia state_,
state that I am not a corporation, am a living being, of legal age, competent to testify,
have personal first-hand knowledge of the truths and facts stated herein as being true, correct,
complete, certain, and not misleading.

_Lord:_ I, _fredrich alan pierce_, of my own free will and accord, in the presence of the
Almighty Creator, in capacity as beneficiary to the Original Jurisdiction, in good conscience,
do willingly undertake to act as surety, to pledge and provide private bond, in the amount of
twenty-one Dollars in Silver coinage, minted by the American Treasury (at the legal and lawful
24 to 1 ratio prescribed by law), united States of America, Lawful coin dollars of the united
States of America, personally held in my ownership and possession. This undertaking is in accord-
ance with Article VII in the Bill of Rights of the Constitution of the United States.

This bond is to the credit of the private party listed hereon, _Lord: fredrich alan pierce_,
capacity as beneficiary to the Original Jurisdiction, by his appellation, as full faith and credit
guarantee to any Lawful Bill in Redemption, duly presented under Seal in Lawful specie money of
the account of the united States of America, Original Jurisdiction, to wit, pursuant and in parity
to the cost/expense ratio of Senate Bill 70 on file with this State.

The Bill of Redemption is a tender as set-off for any alleged contract, agreement,
consent, assent purportedly held, as an obligation of duty against _FREDERICK ALAN PIERCE, DEVIR_
as to cause an imputed disability, or presumption against the capacity, Rights and powers of
_Lord: pierce Absolute._ The specific intent of the bond, under seal, is to establish, by My
Witness, the good credit and Lawful money specie of _twenty one U.S. Silver Dollars, Minted Coin._

_Lord:_ I, _pierce, manor._, do make this surety, pledge, bond, under my seal, as full
faith and credit guarantee, to any Lawful Bill, duly presented, to Me under Seal, under penalties
of perjury, in Lawful money of account of the united States of America, in the matter of correct
public judicial/corporate actions in the forum of Original Rules, Original Jurisdiction, for the
benefit and credit of the peculiar private party listed above and their heirs and assigns.

Certified Mail No. _7003-2260-0000-6792-8357_:

PUBLIC NOTICE AND SURETY BOND – Page 1 of 4,
cc: Filed with the County Recorder and Director of the Mint.



The intent of the bond, under Seal, is to establish, by My witness, the good credit, in the sum certain amount of at least twenty-one dollars in silver coinage, which carries no debt obligation worldwide, minted by the American Treasury, united States of America, Lawful specie dollars of the united States of America, available to bond the actions of the private party listed above, and further, in reservation of Rights under common law and customs of the united States of America, Original Jurisdiction, Original Rules, has, before this assembly of Men, a bond in tender of twenty-one Dollars Silver, Coinage Act of A.D. 1792, Bond of Identity and Character as proof positive, competent evidence, A 21, no Silver, Dollars cannot be bankrupt, the causa debendi, not cessio bonorum, or a forma pauperis, dolus trust FREDERICK ALAN PIERCE © adhesion by Convention.

The life of this bond covers five (5) years from the date entered below unless the claimant enters a true bill of particulars and all related causes of action and advice of counsel (who claimant works for?) and information with testamentary documentation under the penalties of perjury per Title 26 USC 6065 into evidence in the case of the peculiar private party listed above, in which case the life of the bond shall be extended for two (2) years after such documentation has been presented under the penalties of perjury per Title 26 USC 6065 in the case of the peculiar party listed above, whereby, by the signature Jurat and Seal of fred frederick aln pierce in the capacity as beneficiary of the Original Jurisdiction, surety, guarantor herein confirms, attests and affirms this bond. All assumptions and presumptions have to be proven in writing, signed and sealed before three witnesses as a valid response, if any.

Upon failure to respond required under the three (3) day grace period under Truth in Lending, Regulation Z, to respond and rebut, point for point, this Notice of Surety Act and Bond, from receipt, U.C.C. § 1-204, unless a request for an extension of time is presented in writing, claimant is hereby collaterally estopped from any further adversarial actions against the peculiar private party listed above, and for good cause not limited to the laws of collateral estoppel, coercion, fraud and want of subject matter jurisdiction, the peculiar private party listed above demands that the cause(s) be vacated, dismissed, and the accounts be immediately discharged with prejudice. A lack of response or rebuttal under the penalties of perjury means claimant assents to this Notice of Surety Act and Bond, and that a fault exists, U.C.C. § 1-201(16), creating fraud through material misrepresentation that vitiates all forms, contracts, testimony, agreements, etc., express or implied, Ab Initio, U.C.C. § 1-103, of which claimant may rely upon, and there is no longer consent or assent for any demand of payment being ordered or levied against the peculiar private party listed above, and the peculiar private party listed above demands further that the record be expunged and that the records and facts of the captioned matter(s) attached hereto be turned over to the Office of Homeland Security, and any other interested federal agency, for their investigation of violations of federal law, and any interlocking agencies, et al. Failure to comply pursuant to the Truth in Lending Act will negate all remedies for claimant. Any Third Party that is compelled to serve will make claimant liable for civil and/or criminal prosecution in accordance with the Erie and Clearfield Doctrines.

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT
APPLICABLE TO ANY AND ALL SUCCESSORS AND/OR ASSIGNEES
*****************************************************

PUBLIC NOTICE AND SURETY BOND - Page 2 of 4,
cc: Filed with the County Recorder and Director of the Mint.

Certified Mail Number: 7003-2260-0000-6782-8359;



*Teste Meipso*

Dated this 22nd day of *November*, 200 7, A.D.

/S/ : *Fredrick Alan Pierce Ford*, Secured Party,
only in capacity as beneficiary of the Original Jurisdiction.

ALL RIGHTS RESERVED WITHOUT PREJUDICE, U.C.C. § 1-308

County of *Raleigh*            )
*West Virginia* state          )      SS:
                               )

*Ford : fredrick alan pierce*, known by Me or made known for Me, by proper identification,
is hereby duly sworn, certified, verified, and exemplified, pursuant to applicable state statutes,
this 22nd day of *November*, 200 7, A.D.

/S/ *Ford : fredrick alan Pierce*, De jure
~~Notary~~ Mantle of Justice of the Peace

(~~Notary~~ Seal)

My Commission Expires: *good for everel* :

Res/In Rem
Under Protest
*Ford fredrick alan pierce and proctor*
FREDERICK ALAN PIERCE © Alter Ego:
and any and all variations thereof (ie.)
and also Holder-In-Due-Course,
Trustee, but not individually,
Priority — Preferred Stock
Pre-Paid — Exempt from Levy,
H.J.R. 192, June 5th, 1933.

Under Protest
Sojourner – FR-1 – Stranger
Proctor:
/S/ *Ford : fredrick alan pierce*
*Holder In Due-Course*.
of /for the Alter Ego and any
and all variations thereof.

Filed with the County Recorder,
Certified Mail Receipt Number: _____ N/A _____

Filed with the Director of the Mint,
Certified Mail Receipt Number: _____ N/A _____

PUBLIC NOTICE AND SURETY BOND – Page 3 of 4
Certified Mail Receipt Number: _____ N/A _____
Ex Officio Service,
Nunc Pro Tunc

Certified Mail Number: 7003-2260-0000-C782-8357;

ID# 8-20-41

*******************************************************************************

SILVER SURETY BOND
In accordance with 31 CFR Part 203

County of Raleigh

*** Non-dolus ***

State of West Virginia

I, Lord: Frederick Alan Pierce hold in my possession United States Minted Silver Coin (see asseveration), and do hereby enter myself security for costs in the cause, and acknowledge myself bound to pay or cause to be paid (effect payment) all costs which may accrue in such actions upon proof of claim and proof of loss to any party injured by an UNBONDED claim that is presented against FREDERICK ALAN PIERCE. And, I, Frederick Alan Pierce underwrite with my private exemption, UCC § 3-303/3-419/H.J.R. 192/ 1933 ©, S.S.#: and all such costs that may be proven;

Date: 22nd day of November, 2007; A.D.   /S/ Frederick Alan Pierce
                                          Proctor/Agent:

Actio non datur non damnificato

*******************************************************************************



*** JUSTIFICATION FOR SURETY SUBROGATION TO F.R.N.'s INVISIBLE CON-TRACT'S: ***
To: 26 USC §§ 3121(e)(1) and 26 USC 7701(a)(9): "State, of Columbia; Commonwealth of Puert Rico, Virgin Islands, and American Samoa;' As well "United States" and the District of Columbia; id.; "Omnibus Acts, of the 86th, Congress – Volume 73, (1959) and Volume 74, (1960), Their the Public Law, 87-70-, 86-624, > This points out the crafty way Congress/as a government uses correct English, and how Congress "CHANGES words by using their definitions, i.e, by anomalous, using the 16th, Amendment Created Abstract, ARTIFICIAL PERSON," Being, (Key word) )"DERIVED, which was use in the 16th, Amendment, as stated hereat: Congress shall have power to lay and collect taxes on "incomes", *From whatever "Source derived", without apportionment among the several State(s), and without regard to any "census" or enumeration. = (O): < > This the word Census had to get change to the word INCOME=Doppelganger.
        Res/In Rem, under copyright .Homegnark (n.) + Doppelganger! UCC § 3-419: id.; The Upper & Lower case name Frederick Alan Pierce, All Capital NAME, FREDERICK ALAN PIERCE and any Variation thereof. (ies), Holder-In-Due-Course, Trustee, but not individual, Proirity — Preferred Stock, — Pre Paid, — Exempt from Levy, under H.J.R. 192, June 5th, (1933) < C.E.
By: adam nicholas casey, Witness By: [signature]
*No person: shallbe attained of high treason where corruption of blood is incurred, but by the oath of two witnesses, &c, Stat, 7 and 8, W. 3.; To taint, "as the credit", of jurors, convicted of giving false "VERDICT," This is, done by "Special writ off attaint.=Bill of Attainder, id. Reputation.: > As too the a Stranger/Proctor/S [signature]
Page 4 of 4;